Scott L. Hengesbach (SBN 146731)
shengesbach@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

John F. Renzulli (Pro hac vice)
Christopher Renzulli (Pro hac vice)
jtait@renzullilaw.com
**RENZULLI LAW FIRM, LLP**
81 Main Street, Suite 508
White Plains, NY 10601
Telephone: 914-285-0700
Facsimile: 914-285-1213

Attorneys for Attorneys for Third-Party
Defendant PIEXON AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONIQUE HERNANDEZ; et al., | CASE NO. ED-cv-13-00967 DDP |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| CITY OF BEAUMONT; et al., | |
| Defendants. | |
| CITY OF BEAUMONT, | |
| Third-Party Plaintiff, | |
| vs. | |
| PIEXON AG, IBS SIGMA, INC., BART BACOLINI and MOES 1-100, | |
| Third-Party Defendants. | |

1  The Motion for Summary Judgment of Third-Party Defendant, PIEXON, AG,
2  after consideration of the submissions of the parties and after hearing oral argument,
3  was granted by this Court on September 30, 2016.
4  NOW, THEREFORE, IT IS HEREBY ORDERED that Third Party Plaintiff,
5  CITY OF BEAUMONT will take nothing by the operative complaint as and against
6  Third-Party Defendant, PIEXON AG, and Judgment is hereby entered in favor of
7  Third-Party Defendant, PIEXON, AG.

11  Dated: October 21, 2016      _____
                                 DEAN D. PREGERSON
12                               United States District Judge